[No. 1578-3.   Division Three.   April 20, 1976.]

*In the Matter of the Application for a Writ of Habeas Corpus of* PHILLIP GREENE, *Appellant*, v. CHARLES MORRIS, *as Secretary of the Department of Social and Health Services, Respondent*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 64085, Albert N. Bradford, J., entered May 13, 1975. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4083-1.   Division One.   April 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY WALLACE HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 8448, Edward P. Reed, J., entered September 16, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3348-1.   Division One.   April 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR ALLEN SHOCKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67532, Janice Niemi, J., entered September 26, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by James and Swanson, JJ.

[No. 3586-1.   Division One.   April 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEROY DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70190, Frank H. Roberts, Jr., J., entered February 7, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Andersen, JJ.